1   PHILIP A. MCLEOD, CASB No. 101101
    philip.mcleod@kyl.com
2   ALEXANDER J. CASNOCHA, CASB No. 278803
    alexander.casnocha@kyl.com
3   KEESAL, YOUNG & LOGAN
    A Professional Corporation
4   450 Pacific Avenue
    San Francisco, California 94133
5   Telephone:   (415) 398-6000
    Facsimile:    (415) 981-0136

6

7   Attorneys for Defendant
    JPMORGAN CHASE BANK, N.A. (erroneously sued as "J.P. MORGAN CHASE BANK, N.A., a Limited Liability Company")

8

                    **UNITED STATES DISTRICT COURT**

9

                    **NORTHERN DISTRICT OF CALIFORNIA**

10

                    **SAN FRANCISCO DIVISION**

11

12   DAEMEON REIYDELLE,               )   Case No. C 12-6543 JCS
                             )
13                   Plaintiff,   )   **STIPULATION TO EXTEND TIME TO**
                             )   **FILE RESPONSIVE PLEADING**
14         vs.                    )   **Local Rule 6-1(a)**
                             )
15   J.P. MORGAN CHASE BANK, N.A., a Limited )
    Liability Company, and DOES 1 through 10,  )
16   inclusive,                    )
                             )
17                Defendants.   )
                             )
18   _____)

19         Plaintiff DAEMEON REIYDELLE ("Plaintiff"), on the one hand, and Defendant

20   JPMORGAN CHASE BANK, N.A. (erroneously sued as "J.P. MORGAN CHASE BANK, N.A., a

21   Limited Liability Company") ("JPMorgan" or "Defendant"), on the other hand, through their

22   respective counsel, hereby stipulate and agree as follows:

23         WHEREAS, on December 27, 2012, Plaintiff filed the instant action in this Court;

24         WHEREAS, on January 14, 2013, Plaintiff served JPMorgan with the Complaint; and

25         WHEREAS, Plaintiff and JPMorgan have now agreed and stipulated that JPMorgan

26   may have until April 1, 2013 to file its response to the Complaint.

27   //

28   //

NOW, THEREFORE, the parties stipulate and agree as follows:

JPMorgan's response to the Complaint shall be filed and served on or before April 1, 2013.


DATED: March 14, 2013

/s/ Ryan F. Thomas
RYAN F. THOMAS
JOHNSTON THOMAS
Attorney for Plaintiff
DAEMEON REIYDELLE


DATED: March 14, 2013

/s/ Alexander J. Casnocha
PHILIP A. MCLEOD
ALEXANDER J. CASNOCHA
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A. (erroneously
sued as "J.P. MORGAN CHASE BANK, N.A., a
Limited Liability Company")

*Filer's Attestation: Pursuant to Civil Local Rule 5-1 (i)(3) regarding signatures, Alexander J. Casnocha hereby attests that concurrence in the filing of this document has been obtained.*


Dated: 3/18/13

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KYL_SF589124

STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING – Case No. C 12-6543 JCS