UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAEMEON REIYDELLE

    Plaintiff,

    v.

J.P. MORGAN CHASE BANK

    Defendant.
_____/

No. 3:12-cv-06543 JCS (EDL)

NOTICE OF CONTINUANCE
OF FURTHER SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for September 24, 2014 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued to September 25, 2014 at 9:30 a.m. The location shall remain the same.

Updated confidential settlement conference statements shall remain due September 15, 2014. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Chief Magistrate Judge Laporte's courtroom deputy clerk immediately at (415) 522-3694 if this case settles prior to the date set for settlement conference.

Dated: August 13, 2014

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge