UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAEMEON REIYDELLE,

    Plaintiff,

    v.

J. P. MORGAN CHASE BANK,

    Defendant.
_____/

No. 3:12-cv-06543 JCS (EDL)

NOTICE OF CONTINUANCE
<u>OF SETTLEMENT CONFERENCE</u>

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court, with the agreement of counsel for the parties, hereby continues the conference scheduled for January 21, 2015 to January 23, 2015 at 9:30 a.m. The location shall remain the same. All provisions of the Court's September 12, 2014 Settlement Conference Order remain in effect.

The parties shall notify Chief Magistrate Judge Laporte's courtroom deputy immediately at (415) 522-3694 if this case settles prior to the date set for settlement conference.

Dated: November 6, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge