IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAEMEON REIYDELLE, | No. 3:12-cv-06543 JCS (EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| J P MORGAN CHASE BANK, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the settlement conference is scheduled for March 20, 2015, at 9:30 a.m., in Courtroom E, located on the 15th Floor at 450 Golden Gate Avenue, San Francisco, California 94102.

Further settlement conference documents do not need to be lodged in advance of the conference, unless the parties wish to update the settlement conference documents that have already been lodged. Any update shall be delivered directly to Magistrate Judge Laporte's chambers on the 15th floor by 12:00 p.m on March 10, 2015. All other provisions of the Court's September 12, 2014 Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's courtroom deputy at (415) 522-3694 if this case settles prior to the date set for settlement conference.

**IT IS SO ORDERED.**

Dated: January 30, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge