PHILIP A. MCLEOD, CASB No. 101101
philip.mcleod@kyl.com
WILL P. RIFFELMACHER, CASB No. 273848
will.riffelmacher@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:     (415) 398-6000
Facsimile:     (415) 981-0136

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A. (erroneously sued as
"J.P. MORGAN CHASE BANK, N.A., a Limited Liability Company")

RYAN F. THOMAS, CASB No. 230491
rthomas@johnstonthomas.com
JOHNSTON | THOMAS, Attorneys At Law
1400 North Dutton Avenue, Suite 21
Santa Rosa, CA 95405
Telephone:    (707) 545-6542
Facsimile:     (707) 545-1522

Attorneys for Plaintiff
DAEMEON REIYDELLE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DAEMEON REIYDELLE, | Case No. C 12-6543 JCS |
| Plaintiff, | **JOINT CASE MANAGEMENT STATEMENT** |
| vs. | |
| J.P. MORGAN CHASE BANK, N.A., a Limited Liability Company, and DOES 1 through 10, inclusive, | Date:          June 26, 2015<br>Time:          2:00 p.m.<br>Location:   Courtroom G, 15th Floor |
| Defendants. | |

KYL_SF682140

1   The defendant JPMORGAN CHASE BANK, N.A. ("Chase" or "Defendant") and plaintiff

2   DAEMEON REIYDELLE ("Plaintiff") (collectively, "the Parties") submit this JOINT CASE

3   MANAGEMENT STATEMENT and [PROPOSED] ORDER pursuant to the Standing Order for All

4   Judges of the Northern District of California dated July 1, 2011 and Civil Local Rule 16-9.

5   **I.      SETTLEMENT AND ADR**

6   Plaintiff and Defendant agreed on settlement terms at a Settlement Conference with United

7   States Magistrate Judge Elizabeth Laporte on March 20, 2015.  The settlement terms were filed under

8   seal.  *See* ECF 87.

9   On June 15, 2015, the Court issued a Civil Minute Order ("Order") directing that a "senior

10  executive level officer from JP Morgan Chase Bank must be present on June 26, 2015 to respond to

11  the Court's query, or in the alternative, disclose the type of 1099 that will be issued based on the

12  agreed upon settlement."  ECF 97; *see also* ECF 100.

13  Pursuant to this Court's Order, Chase advised Plaintiff's counsel on June 15, 2015 in writing

14  that Chase will report the amount of principal forgiveness on a Form 1099-C and the cash payment on

15  a Form 1099-MISC.

16  The next step in the settlement process is for Plaintiff to send Defendant's counsel the signed

17  settlement agreement and Form W-9.

18  **II.     REQUEST TO CONTINUE THE JUNE 26, 2015 CASE MANAGEMENT**

19  **CONFERENCE**

20  Because Chase provided Plaintiff's counsel with information regarding the Form 1099s that it

21  will issue, the Parties respectfully request that the June 26, 2015 CMC be continued to a date after

22  August 26, 2015 to allow them time to complete the settlement.

23

24

25

26  DATED:  June 19, 2015              */s/ Ryan F. Thomas*
                                       RYAN F. THOMAS
27                                     JOHNSTON THOMAS, Attorneys at law
                                       Attorneys for Plaintiff
28                                     DAEMEON REIYDELLE

JOINT CASE MANAGEMENT STATEMENT
Case No. C 12-6543 JCS

DATED:  June 19, 2015

/s/ *Philip A. McLeod*
PHILIP A. MCLEOD
WILL P. RIFFELMACHER
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1 (i)(3) regarding signatures, Philip A. McLeod hereby attests that concurrence in the filing of this document has been obtained.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

- 3 -

KYL_SF683757

1      THE PARTIES' JOINT CASE MANAGEMENT STATEMENT is approved as the Case

2   Management Order for this case and all parties shall comply with its provisions. [In addition, the

3   Court makes the further orders stated below:]

4

5      The Case Management Conference set for June 26, 2015 is continued to  Aug. 28, 2015 at

6      2:00 PM.

7   **IT IS SO ORDERED.**

8

9

10

11
    Dated:     6/23/15

12                                                     _____
                                                       UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KYL_SF683757

JOINT CASE MANAGEMENT STATEMENT
Case No. C 12-6543 JCS