1400 N. Dutton Avenue
Suite 21
Santa Rosa, CA 95401

# JOHNSTON | THOMAS
### ATTORNEYS AT LAW

ph:707.545.6542
fx:707.545.1522
www.johnstonthomas.com

Roy N. Johnston     rjohnston@johnstonthomas.com
Ryan F. Thomas      rthomas@johnstonthomas.com

Greg M. Womer, Of Counsel        gwomer@johnstonthomas.com
Sarah M. Montgomery, Paralegal   smontgomery@johnstonthomas.com

August 28, 2015

*Via ECF*

Honorable Chief Magistrate Joseph C. Spero
San Francisco Courthouse, Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Reiydelle v. JPMorgan Chase Bank, N.A.
       U.S.D.C. Northern District of California Case No. 12-06543

To the Honorable Judge Spero:

I represent the Plaintiff in the above-entitled action. I am writing to seek permission to appear telephonically at today's Case Management Conference. Although at the last minute, there is good cause for this request.

I was previously scheduled to appear at a hearing at the San Francisco Superior Court this morning at 9:30 a.m. Thus, my intention was to appear in person at the CMC after my Superior Court hearing. However, just yesterday, the Judge's tentative ruling in the Superior Court matter was continued to September 30, 2015. That continuance obviates my need to travel all the way to San Francisco.

In light of the foregoing, I respectfully request that the Court permit me to appear telephonically. I have discussed this with opposing counsel and there is no objection.

Thank you for your consideration of this matter.

Dated:  8/28/15

Yours very truly,

*Ryan Thomas*

Ryan Thomas

RFT/smm
150828 Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Joseph C. Spero